DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TILLMAN CHRISTOPHER MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1248

[August 19, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd; L.T. Case No. 50-2008-CF-002997-AXXX-MB.

Tillman Christopher Moore, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, WARNER and CIKLIN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***